AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barksdale, Rhesa H | 2. Court or Organization<br><br>U. S. Ct. of Apps, 5th Circuit | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>245 E. Capitol Street<br>Room 200<br>Jackson, Mississippi 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 A 10: 4 FINANCIAL

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | The Everyday Gourmet, Inc. - part time sales |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

.

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Mississippi School of Law | 04/01-02 - Moot Court Competition ; Oxford, MS; lodging/food/transportation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barksdale, Rhesa H | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. First Commercial Bank | Loan | None |
| 2. MBNA | Credit Card | K |
| 3. Chase | Credit Card | K |
| 4. USAA | Credit Card | K |
| 5. Citi | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. Pecan Lane Apts. Ltd. (See Section VIII) | A | Distribution | J | R | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. UBS Fin. Srv. Resource Mgmt. Acct. (See Section VIII) | A | Dividend | J | T | | | | | |
| 8. ■ IRA:UBS Fin. Srv. Rtrmnt Mny Fd. (See Section VIII) | A | Dividend | J | T | | | | | |
| 9. ■ IRA: Amer. Fds Growth Fund of Amer. Mut. Fund Cl A | A | Dividend | K | T | | | | | |
| 10. Time Warner Inc. Cmn. Stk. | A | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. Amer. Fds Growth Fund of Amer. Mut. Fund Cl A | A | Dividend | K | T | | | | | |
| 14. ■ IRA: Time Warner, Inc. Cmn. Stk. | A | Dividend | L | T | | | | | |
| 15. Pickwick Group, L.P. | G | Distribution | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. ■ IRA: UBS Fin. Srv. Rtmnt Mny Fund (See Section VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮ IRA: Aim Blue Chip Fund Cl B (See Section VIII) | | None | | | Exchange | 01/28 | J | | |
| 19. | | | | | Sell | 10/27 | J | | |
| 20. | | | | | | | | | |
| 21. Amer. Fds Inc. Fund of America Cl A | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. UBS Global Equity Fund Cl A (See Section VIII) | A | Dividend | J | T | | | | | |
| 25. ▮ IRA: UBS Global Equity Fd Cl A (See Section VIII) | A | Dividend | J | T | | | | | |
| 26. ▮ IRA: Amer. Fds Growth Fund of Amer. Mut. Fd. Cl A | A | Dividend | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. Eden Bioscience Cmn Stk | | None | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Eden Bioscience Cmn Stk. | | None | J | T | | | | | |
| 34. ▮ IRA: Time Warner , Inc. Cmn Stk. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. UBS Fin. Srv Resource Mgmt Acct. (See Section VIII) | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. ■ IRA: Aim Basic Value Fund Cl B | | None | J | T | | | | | |
| 44. ■ IRA: Aim Basic Value Fund Cl B (See Section VIII) | | None | J | T | Exchange | 01/28 | J | | |
| 45. Amer. Fds Balanced Fund Cl A | C | Dividend | L | T | | | | | |
| 46. Amer. Fds Capital Inc. Builders Fund Cl A | C | Dividend | L | T | Buy | 01/27 | L | | |
| 47. Amer. Fds Inc. Fund of America Cl A | D | Dividend | L | T | Buy | 01/27 | K | | |
| 48. First Commercial Bank Cmn Stk | | None | K | T | | | | | |
| 49. ■ IRA: Aim Capital Dev. Fd Cl B | B | Dividend | J | T | | | | | |
| 50. AIM Capital Dev. Fd Cl A | B | Dividend | K | T | | | | | |
| 51. Amer. Fds Capital World Gwth & Inc. Fd Cl A | D | Dividend | L | T | Buy | 01/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MetLife Variable Flexible Life Ins. | | None | L | T | | | | | |
| 53. - Zenith Equity | | | | | | | | | |
| 54. - MetLife Stock Index | | | | | | | | | |
| 55. - MFS Total Return | | | | | | | | | |
| 56. - Fidelity VIP Eq Inc | | | | | | | | | |
| 57. - BR Legacy LC Growth (See Section VIII) | | | | | | | | | |
| 58. MassMutual Flexible Variable Life Ins. | | None | J | T | | | | | |
| 59. - MML Equity | | | | | | | | | |
| 60. - Oppenheimer Global Securities | | | | | | | | | |
| 61. - Fidelity VIP Contrafund | | | | | | | | | |
| 62. - T. Rowe Price Equity Income | | | | | | | | | |
| 63. - American Funds Growth Income | | | | | | | | | |
| 64. ███ IRA: Aim Blue Chip Fund Cl A (See Section VIII) | | None | | | Exchange | 01/28 | J | | |
| 65. | | | | | Sell | 10/27 | J | | |
| 66. ███ IRA: Aim Basic Value Cl A (See Section VIII) | | None | J | T | Exchange | 01/28 | J | | |
| 67. ███ IRA: Aim Capital Dv. Fd. Cl A | A | Dividend | J | T | Buy | 10/27 | J | | |
| 68. ███ IRA: Aim Capital Dev. Fd. Cl B | A | Dividend | J | T | Buy | 10/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continuation of Section VII:

Pecan Lane Apartments, Ltd. - Inverness, Mississippi; 1984; $13,980

█ IRA" █████████ IRA with UBS Financial Services; Jackson, Mississippi

█ IRA" - ████████ IRA with UBS Financial Services; Jackson, Mississippi

████████ IRA, UBS, on 11/02/05, exchanged its Global Equity Fund from Class "B" to Class "A"

████ IRA, the Aim Fund, on 01/28/05, exchanged approximately half of the Class "B" shares in its Blue Chip and Basic Value Funds to Class "A"

Met Life, in 05/05, exchanged SSR LG Cap GR to BR Legacy LC Growth

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____ Date _9 May 2006_

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544